

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 30, 2012

The Honorable Sterling Johnson, Jr,
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

　　　　　Re:  United States v. Robert Finkelshteyn
　　　　　　　 Criminal Docket No. 11 - 737 (SJ)

Dear Judge Johnson:

　　　By this letter, the government respectfully requests that the above-referenced case, which is currently scheduled for a status conference, on September 5, 2012, at 9:30 a.m., be rescheduled for the afternoon of that date.  The basis for this application is as follows.

　　　The Second Circuit Court of Appeals has scheduled oral argument in the appeal of United States v. Domingo Salazar, 09-CR-831 (JG), for the morning of September 5, 2012.  I am counsel of record in that case and the oral argument will conflict with the status conference before Your Honor.

　　　I have consulted with defense counsel who has indicated that he does not oppose rescheduling the status conference in Finkelshteyn for the afternoon of September 5, 2012.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　LORETTA E. LYNCH
　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　By:　　　　　/s/
　　　　　　　　　　　　　　　　　Michael H. Warren
　　　　　　　　　　　　　　　　　Assistant U. S. Attorney
　　　　　　　　　　　　　　　　　(718) 254-6355

cc: Allen Lashley, Esq. (By ECF)
　　Clerk of the Court (By ECF)